# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DARREN DAVIS,

       Plaintiff,

v.                                                               Case No:   6:22-cv-284-GAP-DCI

WASTE PRO OF FLORIDA, INC.,

       Defendant

## ORDER

This cause comes before the Court on Plaintiff's Response to Order to Show Cause, construed as a motion to dismiss (Doc. 19) filed May 11, 2022.

On July 12, 2022, the United States Magistrate Judge issued a report (Doc. 21) recommending that the motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Response to Order to Show Cause, construed as a motion to dismiss (Doc. 19) is **GRANTED IN PART**.   This case is

>   **DISMISSED** without prejudice.   The remainder of the motion is
>
>   **DENIED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 27, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party